LEVI F. BOWEN, *Respondent, v.* ROBERT W. BECK, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs.

HENRY A. DILLAYE, *Appellant, v.* SIMEON ROUSE and others, *Respondents.* — New trial denied and judgment ordered for the defendants on the verdict.

THE HERKIMER COUNTY NATIONAL BANK, *Respondent, v.* ALONZO RUST, *Appellant, Impleaded, etc.* — Judgment affirmed. *Held,* that the appellant was liable upon the face of the draft, he having signed in his individual name without anything to indicate that he did so as agent, and that waiving the question of the admissibility of the extrinsic evidence, there was nothing in that evidence to relieve him from liability, as the agreement between the firm of Rhodes & Server and the bank did not authorize him to make a draft for the firm. HARDIN, J., not sitting.

SAME *v.* SAME.

SAME *v.* SAME. — HARDIN, J., not sitting in either case.

HAMILTON ROSE, *as Administrator, etc., Appellant, v.* HELEN M. WARREN and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

MARY RAYNOR, *Appellant, v.* LUCY MARIA RAYNOR and others, *Respondents.* — Judgment affirmed in all respects, without costs to either party.

RIENZI LE VALLEY, *Appellant, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Respondent.* — New trial granted, costs to abide events. *Held,* that the nonsuit was erroneous. It was for the jury to say whether the plaintiff left the train while in motion, voluntarily or upon being compelled to do so by the conductor, and whether in the manner of getting off he was careless and was thereby injured. HAIGHT, J., taking no part in the decision.

SARAH M. JOSLIN, *Appellant, v.* JAMES H. CAPRON, *Respondent.* — Judgment reversed, and new trial ordered, costs to abide event, order of reference vacated. *Held,* that the referee erred in deciding as matter of law upon the facts found by him, that the settlement of December, 1866, was an accord and satisfaction of the plaintiff's claim in suit, and that so far as it is to be implied from his report that he found that the parties to such settlement intended to include therein the claim in suit, such finding is against the weight of evidence.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WEST SHORE AND BUFFALO RAILROAD COMPANY, *Appellant,* TO ACQUIRE LANDS OF WILLIAM GENWITTS and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

ROGERS AND BROTHER, *Plaintiffs, v.* HORACE ENGLISH, *Defendant, Impleaded, etc.* — New trial denied, and judgment ordered for defendant on the verdict.